1  **JASON G. REVZIN**
   Nevada Bar No. 8629
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   6385 S. Rainbow Blvd., Suite 600
3  Las Vegas, Nevada 89118
   Telephone: (702) 893-3383
4  Facsimile: (702) 893-3789
   jason.revzin@lewisbrisbois.com
5  *Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAREN A. JAWORSKI,<br><br>Plaintiff,<br><br>v.<br><br>SILVER STATE SCHOOLS CREDIT UNION, AND TRANS UNION LLC,<br><br>Defendants. | Case No. 2:18-cv-01458-APG-VCF<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

Plaintiff Karen A Jaworski ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On August 7, 2018, Plaintiff filed her Complaint. Trans Union filed its first Joint Stipulation and Order Extending Defendant Trans Union LLC's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint on August 29, 2018. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 24, 2018. Plaintiff and Trans Union are actively engaged in settlement discussions and the additional time will allow the parties to see if settlement at this early stage can be accomplished. The Parties are confident that the settlement discussions will prove fruitful; however, they do necessitate further time to bring settlement to fruition.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including October 15, 2018. This is the second stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint

Dated this 21st day of September, 2018

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ *Jason G. Revzin*

Jason G. Revzin
Nevada Bar No. 8629
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: Jason.revzin@lewisbrisbois.com
*Counsel for Trans Union LLC*

**COGBURN LAW OFFICES**

/s/ *Erik W. Fox*

Erik-Anthony W. Fox, Nevada Bar No. 8804
Jamie S. Cogburn, Nevada Bar No. 8409
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
Email: efox@cogburnlaw.com
Email: jsc@cogburnlaw.com

## **ORDER**

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond up to and including October 15, 2018 to Plaintiff Karen Jaworski's Complaint IS SO ORDERED AND ADJUDGED.

Dated this 24th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE